TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
KEVIN YANCY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>KEVIN YANCY,<br><br>    Defendant. | Case No. 2:24-CR-0012-TLN<br><br>**ORDER (proposed) FOR FUNDS FOR TRAVEL, LODGING, AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 AND 18 U.S.C. § 3006A**<br><br>Judge:  Hon. Jeremy D. Peterson |

    Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Kevin Yancy with the cost of travel from New Orleans, Louisiana, to Sacramento, California, so that he may appear for arraignment on an information and entry of plea.  The dates of travel covered by this order are Wednesday to Friday, December 11 to 13, 2024.   Additionally, the United States Marshal shall provide Mr. Yancy with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

    Pursuant to 18 U.S.C. § 3006A, the Court orders the Federal Defender's Office to disburse Criminal Justice Act (CJA) funds to furnish Mr. Yancy with the cost of lodging, food, and incidental expenses while he is in Sacramento, from December 11 through 13, 2024.   It is further ordered that CJA funds shall be disbursed by the Federal Defender's office for travel and

subsistence to enable Mr. Yancy to return to Louisiana after his plea.  It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed the parameters set out in the attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C. § 5702(a).

It is further ordered that appointed defense counsel may advance the travel and subsistence funds to be disbursed from CJA funds and that the Federal Defender is ordered to reimburse counsel. Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses to the parameters set out in the attached Travel Funding Memorandum, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses reasonably authorized.

IT IS SO ORDERED.

Dated:  November 25, 2024

HON. JEREMY D. PETERSON
United States Magistrate Judge