TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
KEVIN YANCY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>KEVIN YANCY,<br><br>　　Defendant. | Case No. 2:24-CR-00012-TLN<br><br>**STIPULATION AND ORDER<br>CONTINUING SENTENCING HEARING**<br><br>Judge:　Hon. Troy L. Nunley<br>Date:　March 27, 2025<br>Time:　9:30 a.m. |

　　　The parties hereby agree to continue the sentencing hearing, currently scheduled for March 27, to **May 8, 2025, at 9:30 a.m.**  Defense counsel seeks additional time to review and respond to the draft presentence report filed February 18, 2025.  Accordingly, the parties agree to modify the presentence schedule as follows:

　　　Informal objections due　　　　　　　March 27, 2025

　　　Final report due　　　　　　　　　　April 3, 2025

　　　Objections due　　　　　　　　　　　April 17, 2025

　　　Responses and sentencing memos　　　May 1, 2025

////

Respectfully Submitted,

Dated:  March 6, 2025          */s/ Tim Zindel*
                               TIMOTHY ZINDEL
                               Attorney for KEVIN YANCY


                               MICHELE BECKITH
                               Acting United States Attorney


Dated:  March 6, 2025          */s/ T. Zindel for C. Desmond*
                               CAMERON DESMOND
                               Assistant U.S. Attorney


**IT IS SO ORDERED.**


Dated: March 6, 2025
                               _____
                               TROY L. NUNLEY
                               CHIEF UNITED STATES DISTRICT JUDGE