TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA 95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
KEVIN YANCY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-0012-TLN |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR FUNDS FOR TRAVEL, LODGING, AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 AND 18 U.S.C. § 3006A** |
| KEVIN YANCY, | ) | |
| Defendant. | ) | Judge: Hon. Chi Soo Kim |

Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Kevin Yancy with the cost of travel from New Orleans, Louisiana, to Sacramento, California, so that he may appear for sentencing. The date of travel covered by this order is Wednesday, May 14, 2025. Additionally, the United States Marshal shall provide Mr. Yancy with subsistence expenses for this travel day, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

Pursuant to 18 U.S.C. § 3006A, the Court orders the Federal Defender's Office to disburse Criminal Justice Act (CJA) funds to furnish Mr. Yancy with the cost of lodging, food, and incidental expenses while he is in Sacramento, from May 14 to May 16, 2025. It is further ordered that CJA funds shall be disbursed by the Federal Defender's office for travel and

subsistence to enable Mr. Yancy to return to Louisiana after his plea.  It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed the parameters set out in the attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C. § 5702(a).

It is further ordered that appointed defense counsel may advance the travel and subsistence funds to be disbursed from CJA funds and that the Federal Defender is ordered to reimburse counsel. Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses to the parameters set out in the attached Travel Funding Memorandum, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses reasonably authorized.

IT IS SO ORDERED.

Dated:  May 7, 2025

_____
HON. CHI SOO KIM
United States Magistrate Judge

Attachment: Reasonable Travel Expenses For Criminal Justice Act Reimbursement

To the extent practicable expenses shall be limited as noted below:

Airfare –   Flights must be refundable to allow for scheduling issues. The government will accept the premium charged for fully refundable reservations.  Counsel may coordinate travel through:

> National Travel Service (NTS)
>
> 707 Virginia Street East, Suite 100
>
> Charleston, WV 25301
>
> Phone: (800) 445-0668

Flights may be arranged outside of NTS but the cost should be comparable to NTS charges.

Hotel – as practicable expenses to be within the government per diem rate (As of November 2024 that rate is Sacramento $150)

Ground transportation – preferably a direct reasonable rate such as basic Uber/Lyft, however the Court is aware that many CJA clients are unable to access Uber or Lyft applications. Reimbursed ground transportation is ordinarily limited to attendance at Court, meetings with CJA defense counsel, any essential medical care, and ground transportation required for the defendant's return home.

Meals - $86/full day; $64.50 for first and last day of travel (Nov. 2024)